AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MISSOURI

FILED

DEC 28 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:18 MJ 3402 NCC |
| ALONZO LAMAR PAYNE | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    December 21, 2018    in the county of    St. Louis County    in the
Eastern   District of    Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1951 | Hobbs Act robbery |
| 18:924(c) | Brandishing a firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Detective Eric Schleuter, Florissant Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    12/28/2018

_____
*Judge's signature*

City and state:    St. Louis, Missouri

Honorable Noelle C. Collins , U.S. Magistrate Judge
*Printed name and title*